---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kourt Security Partners, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Select Security** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-2089918** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | | **C/O TRG Associates, Inc.** <br> **PO Box 1166** <br> **40-1 River Street** <br> **Old Saybrook, CT 06475** |
| | | **241 North Plum Street** <br> **Lancaster, PA 17602** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lancaster** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Kourt Security Partners, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5616</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor | **Kourt Holding, LLC** | Relationship | **Parent** |
|---|---|---|---|
| District | **District of Delaware** | When **6/15/21** | Case number, if known _____ |

| Debtor | **Kourt Security Partners, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Kourt Security Partners, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/15/2021
MM / DD / YYYY

**X** /s/ Christopher Brady
Signature of authorized representative of debtor

**Christopher Brady**
Printed name

Title    **Interim CFO**

**18. Signature of attorney**

**X** /s/ Monique B. DiSabatino
Signature of attorney for debtor

Date 06/15/2021
MM / DD / YYYY

**Monique B. DiSabatino**
Printed name

**Saul Ewing Arnstein & Lehr LLP**
Firm name

**1201 North Market Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-421-6806**    Email address    **monique.disabatino@saul.com**

**6027 DE**
Bar number and State

### ACTION BY UNANIMOUS WRITTEN CONSENT
### OF THE SOLE MEMBER OF
### KOURT SECURITY PARTNERS, LLC

The undersigned, being the sole member (the "Member") of Kourt Security Partners, LLC, a Pennsylvania limited liability company (the "Company"), hereby waives any and all requirements for notice of the time and place of a special meeting of the Member of the Company, and does hereby agree and consent in writing, without a meeting and in lieu of a special meeting thereof, and in accordance with the Pennsylvania Uniform Limited Liability Company Act, to the adoption of, and does hereby adopt, the following resolutions and the actions specified therein by written consent (this "Consent"):

**WHEREAS**, the Member has considered the financial and operational conditions of the Company's business; and

**WHEREAS**, the Member has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Member has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, and other interested parties and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that Christopher Brady of TRG Associates, Inc., the Interim CFO of Kourt Security Partners, LLC, and any other officer or person designated and so authorized to act (each, an "Authorized Person") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to (a) execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and (e) take and perform any and all actions to accomplish a winding up, dissolution, or any other liquidation process for the Company under state or federal law if necessary; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Saul Ewing Arnstein & Lehr LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out

the requisite duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Managers of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and here by are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned has executed this Unanimous Written Consent as of the 27th day of May, 2021.

SOLE MEMBER

Kourt Holding, LLC

By: _____

Name: Kevin A. Krakora
Title:  Independent Manager

38329138.1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Kourt Security Partners, LLC**
_____    Case No. _____
                                  Debtor(s)     Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **71,000.00**[1] |
   | Prior to the filing of this statement I have received | $ | **71,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **a. Analysis of the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**
      **b. Preparation and filing of any petition, schedules, and statement of affairs;**
      **c. Representation of the debtor at the meeting of creditors.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any post-petition work beyond representation of the debtors at the 341 creditors meeting, including representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/15/2021
_____       /s/ Monique B. DiSabatino
_Date_                                 **Monique B. DiSabatino**
                                       _Signature of Attorney_
                                       **Saul Ewing Arnstein & Lehr LLP**
                                       **1201 North Market Street**
                                       **Wilmington, DE 19801**
                                       **302-421-6806  Fax: 302-421-6813**
                                       **monique.disabatino@saul.com**
                                       _Name of law firm_

---

[1] Amounts paid to Saul Ewing Arnstein & Lehr LLP are in connection with the preparation of bankruptcy filings for both Kourt Security Partners, LLC and Kourt Holding, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Kourt Security Partners, LLC | ) | Case No. 21-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and, collectively with the Schedules, the "Schedules and Statements") filed herewith by the above captioned-debtor (the "Debtor") in the above-captioned case were prepared pursuant to section 521 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor and have not been subject to audit, review or any similar financial analysis. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, there can be no assurance as to their accuracy and completeness, and the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtor and its agents, attorneys and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor has used its best efforts to present the information set forth in the Schedules and Statements from its books and records maintained in the ordinary course of business. The Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.      Description of the Cases and "as of" Information Date. Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of the date upon which the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code (the "Petition Date") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.      Basis of Presentation. Although, as noted above, the Debtor has used its best efforts to present accurate information, the amount of the Debtor's actual assets and liabilities could differ from the amounts set forth in the Schedules and Statements. In addition, some of the Debtor's

scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined," or, with respect to certain assets, may be listed at book value. Given the differences between the information requested in the Schedules and Statements and the presentation of the financial information under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

     3.   <u>Summary of Significant Reporting Policies</u>. The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

     (a)   <u>Schedule A/B - Accounts Receivable</u>. Accounts Receivable generally are presented on a gross basis and, notwithstanding anything set forth in the Schedules and Statements to the contrary, are not reflected net of any allowance for doubtful accounts. As of April 30, 2021, Debtor had $759,418.33 of accounts receivable on its balance sheet. To the extent any of these receivables were collected before the Petition Date, those amounts were remitted to Goldman Sachs Specialty Lending Group, L.P. ("Goldman") as the senior lien holder on such receivables. Any remaining receivables have minimal collectible value as they are more than 120 days old and result from cancelled and/or old, inactive accounts.

     (b)   <u>Schedule A/B - Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles</u>. As of the Petition Date, Debtor owned two (2) fleet vehicles with a net book value of zero ($0). These vehicles were fully depreciated and delivered to Emkay, Inc., PO Box 13520 Newark, NJ 07188-3520 for liquidation at auction. Because the value realized is expected to be less than sale-related costs, the current estimated value of the vehicles is also zero ($0).

     (c)   <u>Schedule A/B – Utility Deposits</u>. Debtor is expecting the return of several deposits. Other deposits to which Debtor is entitled to a balance may be available but amounts are unknown. Because Debtor is no longer operating, no utilities are needed and all service has been disconnected.

     (d)   <u>Schedule A/B – LINKBANK PPP Escrow Account</u> – In connection with the Debtor's conveyance of substantially all of its assets to GS Security Alarm, LLC ("Buyer") prior to the Small Business Administration's (the "SBA") forgiveness of a Paycheck Protection Loan made to the Debtor by LINKBANK, the Debtor, LINKBANK, and Buyer entered into a certain Paycheck Protection Program ("PPP") Loan Escrow Agreement dated December 23, 2020 ("PPP Escrow Agreement"). The PPP Escrow Agreement required the Debtor to deposit $3,371,000.00 plus forward interest of $31,518.69 into a bank account in the name of "Kourt Security Partners, LLC for the Benefit of LINKBANK" with such funds to be distributed to a party designated by Buyer upon a triggering event related to PPP loan forgiveness by the SBA. The PPP Escrow Agreement provided that LINKBANK shall retain the escrowed funds until such triggering event occurs and may retain the funds until any disputed claims have been settled or adjudicated. Although listed as an asset on Schedule A/B, Debtor has no access to or control over any of the funds deposited into the LINKBANK escrow account and there are

no circumstances under which such funds would be released to the Debtor pursuant to the Escrow Agreement.

(e)     Schedule D - Secured Claims. Schedule D references (1) a secured lien in favor of Blue Street Capital, LLC asserted against all equipment and other personal property subject to agreement Number 6087 dated December 9, 2013 between Blue Street Capital, LLC ("Blue Street") and Debtor; and (2) a secured lien in favor Dell Financial Services ("Dell") for computer equipment, software, and peripherals financed pursuant to Agreement Number 001-9019443-001 between Dell Financial Services and Debtor.  The equipment subject to those agreements with Blue Street and Dell are no longer in Debtor's possession and, therefore, the liens have no value ($0).  As such, Debtor's only secured creditor is Goldman which holds a properly perfected, first priority, blanket senior lien upon the Debtor's assets pursuant to a June 15, 2016 Credit and Guaranty Agreement, as amended.  The total secured debt owing to Goldman is $81,115,353.51.  This amount includes $77,346,714.22 in principal and interest plus $1,083,337.29 in costs, and a $2,685,302.00 advance (the "Wind-Down Advance") conveyed to the Debtor as part of the conveyance described below.

(f)     Schedule E/F – Priority and Unsecured Claims.  Although the Debtor may have scheduled claims of various creditors as priority claims, the Debtor reserves all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices.  The dollar amounts listed may also be exclusive of contingent and unliquidated amounts.  The Debtor expressly incorporates by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtor, as listed in the Debtor's Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

(g)     Schedule G - Executory Contracts/Unexpired Leases.  While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein.  Debtor no longer occupies any leased premises.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  Certain of the Debtor's executory agreements may not have been memorialized in writing and could be subject to dispute.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an

admission that any other contract or agreement to which the Debtor is a party is not executory. Parties to executory contracts and unexpired leases were not listed on Schedule E/F, except where past due amounts were recorded in the Debtor's accounts payable.

4.      Statement of Financial Affairs. While every reasonable effort has been made to ensure the accuracy of the Statement of Financial Affairs regarding the Debtor's operations, inadvertent errors or omissions may have occurred. Without limitation of the foregoing:

(a)      Transfers Outside of the Ordinary Course. On December 23, 2020, Debtor conveyed substantially all of its assets to a special purpose entity created by Goldman via a two-step transaction. First, Debtor conveyed substantially all of its assets to Buyer pursuant to a Conveyance Agreement in exchange for a partial reduction in secured debt owing to Goldman. Immediately thereafter, Goldman sold such assets pursuant to an Asset Purchase Agreement to Monotronics International Inc, d/b/a Brinks Home Security ("Brinks"). Debtor continued to service several areas of its business on behalf of Brinks pursuant to a Transition Services Agreement ("TSA"). This sale transaction followed a comprehensive marketing process initiated in or around February, 2020, with a specialty investment banker experienced with the security alarm industry.

On March 19, 2021, Debtor conveyed to Brinks certain office equipment and domain names not otherwise included in the original transaction in exchange for $20,000.00.

On March 24, 2021, Debtor, Goldman and Debtor's former sole manager, Patrick M. Egan ("Egan"), entered into a Settlement Agreement that provided mutual releases by and between all parties including: (1) Debtor; (2) Egan; (3) Goldman; (4) Kourt Security Receivables, LLC ("Receivables") – a subsidiary of the Debtors; (5) the Egan Family Trust ("EFT") – the landlord for Debtor's former headquarters; (6) West Diablo, LLC – an LLC (of which Egan is the sole member) that operates an alarm monitoring business in Las Vegas, Nevada; and (7) 240 North Plum, LLC ("240 North") – an LLC of which Egan is the sole member. As a condition to such Settlement Agreement, Egan, among other things, entered into a Non-Solicitation Agreement with the Debtor and Brinks.

(b)      Payment to Creditors Within 90 Days of Filing. On April 27, 2021, Debtor remitted to Brinks all remaining non-Debtor cash advanced to it by Brinks pursuant to the TSA. On May 28, 2021, Debtor remitted to Goldman the remaining funds from the Wind-Down Advance.

(c)      Insider Payments or Other Property Transfers. In outlining transfers to various insiders, the Debtor did not include amounts paid for health benefits provided to Patrick Egan, Alex Nitterhouse (Mr. Egan's son-in-law), Steve Firestone (the Debtor's former president), and Carolyn Slover (Mr. Egan's sister-in-law). Data concerning such amounts are available in paper records stored in the Debtor's storage unit.

5.      Exculpation. The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-

categorized.  In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

6.     <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name __**Kourt Security Partners, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ __3,587,247.19_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ __3,587,247.19_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ __81,115,353.51_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ __806,386.71_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ __10,992,194.14_

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b

    $ __92,913,934.36_

Fill in this information to identify the case:

Debtor name    **Kourt Security Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **CIBC** | **Operating Checking** | **6304** | **$29,500.13** |
| 3.2.   **CIBC** | **Restricted Checking** | **1642** | **$499.77** |
| 3.3.   **Kourt Security Partners, LLC for the Benefit of LINKBANK²** | **PPP Escrow Account** | **X002** | **$3,402,593.06** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$3,432,592.96**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

2 *See Global Notes for information concerning the escrow account for the benefit of LINKBANK.*

Debtor    **Kourt Security Partners, LLC**                    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 7.1. | **Memphis Light Gas & Water** | **$875.00** |
| 7.2. | **Prepayment to Honeywell - Notifier and Farenhyt - c/o Bank of America, PO Box 98534, Chicago, IL 60693** | **$11,154.00** |
| 7.3. | **EZ-Pass** | **Unknown** |
| 7.4. | **Cancelled Bonds** | **Unknown** |
| 7.5. | **AF Greenbriar, LLC - Nashville Rent Deposit** | **$2,893.04** |
| 7.6. | **Airport Office Park 1,2 &3, LP - Pittsburgh Rent Deposit** | **$6,504.00** |
| 7.7. | **Blue Street Capital - Equipment Lease Deposit** | **$3,398.43** |
| 7.8. | **BMJ FMLP - Stroudsburg Rent Deposit** | **$1,500.00** |
| 7.9. | **Bowling Green Municipal Utilities - Utility Deposit** | **$735.00** |
| 7.10. | **Buckhill Offices LP - Lancaster Rent Deposit** | **$4,205.81** |
| 7.11. | **Center Township Water & Sanitary Authorities - Utility Deposit** | **$125.00** |
| 7.12. | **Choate - Bowling Green Rent Deposit** | **$1,000.00** |
| 7.13. | **D. Martin Etzler & Patricia Rader - Roanoke Rent Deposit** | **$1,500.00** |
| 7.14. | **Dawn Marie Realty Inc. - Harrisburg Rent Deposit** | **$2,335.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                              Case number *(If known)* _____
            Name

| | | |
|---|---|---|
| 7.15. | **Dominion Energy - Ohio - Utility Deposit** | **Unknown** |
| 7.16. | **Finn-Davis - Bardstown Rent Deposit** | **$2,500.00** |
| 7.17. | **Ifer Solon, LLC - Warren Rent Deposit** | **$1,267.00** |
| 7.18. | **JCP&L - Jersey Central Power & Light - Utility Deposit** | **Unknown** |
| 7.19. | **L&H - Altoona Rent Deposit** | **$1,000.00** |
| 7.20. | **Michael Walls - Morgantown Rent Deposit** | **$3,400.00** |
| 7.21. | **Norman King - Owensborow Rent Deposit** | **$800.00** |
| 7.22. | **Paramount Development Corporation - Myrtle Beach Rent Deposit** | **$1,849.00** |
| 7.23. | **Piedmont Natural Gas - Utility Deposit** | **Unknown** |
| 7.24. | **PS Business Parks, L.P. - Dallas Rent Deposit** | **$10,296.00** |
| 7.25. | **Roanoke Gas Company - Utility Deposit** | **Unknown** |
| 7.26. | **Star Alliance Group - Matawan Rent Deposit** | **$5,700.00** |
| 7.27. | **Teresa Ross Simon - Northern Virginia Rent Deposit** | **$5,328.90** |
| 7.28. | **UGI Penn Natural Gas - Utility Deposit** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                                    Case number *(if known)* _____
          Name

| 7.29. | **Wi-Fi Brecksville LLC - NE Ohio/Solon Rent Deposit** | **$3,218.74** |
|---|---|---|

| 7.30. | **Memphis Light Gas & Water - Utility Deposit** | **$875.00** |
|---|---|---|

| 7.31. | **Staples Advantage** | **$43.44** |
|---|---|---|

| 7.32. | **Ohio Edison - Security Deposit - PO Box 3637, Akron OH 44309** | **$58.75** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| | **Moove In Self Storage**<br>**Storage Units 2093 and 2300**<br>**220 Centreville Road**<br>**Lancaster PA 17603-4065** | |
| 8.1. | **Paid through 1/1/22** | **$4,032.96** |

| 8.2. | **Blumberg Bagley PLLC - Attorney Retainer - 2304 W Interstate 20 Suite 190, Arlington TX 76017** | **$2,545.66** |
|---|---|---|

| | **Sedona ERP System**<br>**Perennial Software, LLC**<br>**8401 Chagrin Road, Suite 15-B**<br>**Chargin Falls OH 44023**<br>**(440) 247-5602** | |
|---|---|---|
| 8.3. | **Paid through 11/24/21** | **$5,250.00** |

| | **Avail Data Backup Service**<br>**Avail Technology Solutions**<br>**415 N. Prince Street, Suite 200**<br>**Lancaster PA 17603-3876** | |
|---|---|---|
| 8.4. | **Paid through 2/13/22** | **$6,407.70** |

| 8.5. | **W2 and 1099 Processing, Reporting, and Delivery for 2020 - McKonly & Asbury - 415 Fallowfield Road • Camp Hill, Pennsylvania 17011** | **$2,500.00** |
|---|---|---|

| 8.6. | **AES Corporation - Prepayment - PO Box 2093, Peabody MA 01960** | **$882.84** |
|---|---|---|

| 8.7. | **Surveillance-video - Online Supplier - 387 Canal St. New York NY 10013** | **$299.59** |
|---|---|---|

| 8.8. | **Time Warner Cable - Credit on Account - PO Box 0901, Carol Stream, IL 60132** | **$94.62** |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 8.9. | **Ace Rents - Credit on Account - 1103 Ranck Mill Road Lancaster PA 17602** | $29.68 |
| 8.10. | **Neopost - Credit on Account - PO Box 123689 Dallas TX 75312** | $13.77 |
| 8.11. | **Avigilon - Avigilon USA Corporation - Credit on Account - PO Box 123229 Dallas TX 75312** | $4.91 |

9.    **Total of Part 2.**                                                              $94,623.84
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:        **759,418.33**    -    **759,418.33**    =....            $0.00
                              face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              $0.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

Debtor    **Kourt Security Partners, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **Ford Transit 2010 NMLS7BN4AT036344 - poor condition - 174785 miles Dodge/Ram Pro Master 2016 3C6TRVAG8GE102022 - fair condition - 159022 miles** | $0.00 | Liquidation | Unknown |
| 47.2. **2012 Nissan NV1500 - 1N6BF0KMXCN118018 - Parked at 1661 Old Philadelphia Pk. Lancaster, Pennsylvania - Vehicle Title is Lost - Ins. May Expire** | Unknown | Liquidation | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                          $0.00

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**

Name

Case number *(If known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**
      **Internet domains:**

**5starsecurity.com**
**alertalarm.net**
**alliedalarms.net**
**ARMOUREGG.COM**
**ASSITANCE360.COM**
**atnpaging.com**
**BARDSTOWNALARM.COM**
**brobecksystems.net**
**CAROLINASG.COM**
**centrasnetwork.com**
**COMSTARSYSTEMS.COM**
**diysecurity.us**
**EGGARMOUR.COM**
**firesystemsincorporated.com**
**fsisprinkler.com**
**internationalfiremuseum.com**
**ITISYSTEMS.COM**
**keiperslockandalarm.com**
**kerrylegan.com**
**kourt.net**
**lancastercityfirefoundation.com**
**level5sys.com**
**lifeassure.net**
**mobileonetouch.com**
**myselectcompanion.com**
**myvideoaccount.com**
**mywebdvr.com**
**paducahalarm.com**
**patrickmegan.com**
**rmr2.com**
**secureus.net**
**securityacquisitioncompany.com**
**securityalarmgroup.com**
**SECURITYCAROLINA.COM**
**securityconsultantsinc.com**
**securitypa.com**
**selectaccesscontrol.com**
**SELECTFP.COM**
**selectgoldaccounts.com**
**SELECTSECURITY.BIZ**
**selectsecurity.xyz**
**selectsecuritywiki.com**
**SELECTYOURFUTURE.COM**
**southernsecurityservices.com**
**statesecurity.com**
**TENNVALLEYPRO.COM**
**tobaccoavenuellc.com**
**vms-network.com**
**westkyalarm.com**
**YPSSECURITY.COM**
**YPS-SECURITY.COM**

| | **$0.00** | | **$0.00** |

62.   **Licenses, franchises, and royalties**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                                    Case number *(If known)*
          Name

| **Various general state/local alarm licenses** | $0.00 | | $0.00 |

---

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**
    **Goodwill**                                    $0.00                  $0.00

---

66. **Total of Part 10.**                                                        | $0.00 |

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **Employer's Quarterly Federal Tax Return Overpayment**    Tax year  **Q1 2021**    $58,551.55

---

    **Tax credit of $1,478.84 to be used or refunded by**
    **04/16/2024**
    **Texas Workforce Commission**
    **PO Box 591, Fort Worth TX, 76101-0591**
    **Contact: Adebola Adedeji (682) 267-5626**
    **TWX Acct #: 16-004860-3**                          Tax year                    $1,478.84

---

73. **Interests in insurance policies or annuities**
    **Life insurance policies on the life of Patrick M. Egan -**
    **All policies have no surrender value and payment has**
    **lapsed**                                                                        $0.00

---

Debtor      **Kourt Security Partners, LLC**                          Case number *(If known)* _____
                    Name

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                    | $60,030.39 |

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,432,592.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $94,623.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $60,030.39 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,587,247.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,587,247.19 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Kourt Security Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **Blue Street Capital, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**2120 Main Street, Suite 160 Huntington Beach, CA 92648**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 6087**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Lien against all equipment and other personal property subject to agreement Number 6087 dated December 9, 2013 between Blue Street Capital, LLC and Kourt Security Partners, LLC**

**Describe the lien**

**Equipment Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Dell Financial Services** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**One Dell Way Round Rock, TX 78682**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 3001**

**Describe debtor's property that is subject to a lien**

**Lien against computer equipment, software, and peripherals financed pursuant to Agreement Number 001-9019443-001**

**Describe the lien**

**Common Law Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Kourt Security Partners, LLC** | | Case number (if known) | |
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Goldman Sachs Specialty Lending Group LP** | Describe debtor's property that is subject to a lien | $81,115,353.51 | $0.00 |

Creditor's Name

**Ben Nale**
**2001 Ross Avenue**
**Dallas, TX 75201**

Creditor's mailing address

**Blanket First Lien on All Assets**

Describe the lien

**Blanket First Lien on All Assets**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1642**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $81,115,353.51 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Randall Klein**<br>**Goldberg Kohn LTD**<br>**55 East Monroe Street, Suite 3300**<br>**Chicago, IL 60603** | Line  **2.3** | |
| **Susquehanna Commercial Finance, Inc.**<br>**2 Country View Road, Suite 300**<br>**Malvern, PA 19355** | Line  **2.1** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kourt Security Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>DISTRICT OF DELAWARE</strong></td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|--|--|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Ohio Department of Taxation**<br>**4485 Nortland Ridge Blvd.**<br>**Columbus, OH 43229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$806,386.71** | **$806,386.71** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax, Interest, and Fees; Liens** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Act-On**<br>**8405 SW Nimbus Ave, Suite E**<br>**Beaverton, OR 97008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Marketing Automation Software**<br>Is the claim subject to offset?  ■ No  ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br>**ADI**<br>**25429 Network Place**<br>**Chicago, IL 60673** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$186,665.24** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    34651                    Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                                    Case number (if known) _____

Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Adobe**
345 Park Avenue
San Jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Creative Cloud Subscription

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,748,721.19** |
|---|---|---|---|

**Alarm Force**
C/O Timothy P. Palmer
Buchanan Ingersoll and Rooney
One Oxford Ctr 301 Grant St, 20th Fl
Pittsburgh, PA 15219

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Threatened Litigation

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215,425.14** |
|---|---|---|---|

**Alarmax Distributors, Inc.**
381 Mansfield Ave., Ste 205
Pittsburgh, PA 15220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,062.28** |
|---|---|---|---|

**Albert N. Barnes Jr.**
148 Quail Dr
La Vergne, TN 37086

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Note Payable

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,105.50** |
|---|---|---|---|

**Ameba Technology**
30-66 Whitestone Expressway
Flushing, NY 11354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Note Payable

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$993,438.46** |
|---|---|---|---|

**Armed Response/Adam Triolo**
661 Guadalupe Trail, N.W.
Albuquerque, NM 87107

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Threatened Litigation

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,485.00** |
|---|---|---|---|

**Astute Financial Consulting, LLC**
2020 Caribou Dr., Ste 101
Fort Collins, CO 80525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**AT&T**
208 South Akard Street
Dallas, TX 75202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telecom Service**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address
**Atlantic Broadband**
2 Batterymarch Park, Suite 205
Quincy, MA 02169

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$57.89**

---

**3.12** | Nonpriority creditor's name and mailing address
**Atlantic Office Systems**
PO Box 276
Atlantic Highlands, NJ 07716

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printer Service Contract**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.13** | Nonpriority creditor's name and mailing address
**Avail Technology Solutions**
415 North Prince Street, Suite 200
Lancaster, PA 17603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cloud Storage for Enterprise Backup**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.14** | Nonpriority creditor's name and mailing address
**Bald Eagle Distributors**
20 N. Grove Street
Lock Haven, PA 17745

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$22.07**

---

**3.15** | Nonpriority creditor's name and mailing address
**Bardstown Cable TV**
220 N. Fifth Street
Bardstown, KY 40004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Service**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
**Blue Ridge Cable**
PO Box 316
Palmerton, PA 18071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Service**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.08 |
|---|---|---|---|

**Bowling Green Municipal Utilities**
**801 Center Street**
**Bowling Green, KY 42102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0677**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,151.00 |
|---|---|---|---|

**Brainier Solutions, Inc.**
**7801 E. Bush Lake Rd., Suite 450**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brinks Home Security**
**1990 Wittington Place**
**Dallas, TX 75234**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Premium Return for Insurance Adjustments**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,388.81 |
|---|---|---|---|

**Canitan, LLC**
**8302 Decker Lane**
**Austin, TX 78724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,963.91 |
|---|---|---|---|

**CDW, LLC**
**200 N. MIlwaukee Ave**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Century Link**
**100 CenturyTel Drive**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Internet/Telecom Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,552.00 |
|---|---|---|---|

**Chubb Group of Insurance Co**
**4999 Louise Dr. # 203**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Kourt Security Partners, LLC**

Case number (if known) _____

Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ClicData**
9393 N. 90th Street, Suite 102
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Intelligence Software**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Cmwlth of PA Trans. Work Zone Speed Enf**
PO Box 13509
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Traffic Violation**

Last 4 digits of account number **6661**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CodeTwo**
Wolnosci 16 Street
Jelenia Gora, Poland 58-500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Email Signature Software**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,810.20 |
|---|---|---|---|

**Comcast**
One Comcast Center
1701 JFK Blvd.
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet Service**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Comcast Business**
One Comcast Center
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet Service**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Comcast Fiber**
One Comcast Center
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet Service**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cooperative Communications, Inc.**
412 Washington Avenue
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet Service**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$527.60** |
|---|---|---|---|
| | **Cox Business** | ☐ Contingent | |
| | **6205-B Peachtree Dunwoody Road** | ☐ Unliquidated | |
| | **Atlanta, GA 30328** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Internet Service__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
|---|---|---|---|
| | **David Meurer** | ☐ Contingent | |
| | **4719 Spring Vale Rd. NW** | ☐ Unliquidated | |
| | **Albuquerque, NM 87114** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **De Lage Landen Financial Svcs.** | ☐ Contingent | |
| | **PO Box 41602** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Printer Lease__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dell Financial Services** | ☐ Contingent | |
| | **PO Box 6547** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Dell Workstation and Laptops__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,464.38** |
|---|---|---|---|
| | **Dex YP** | | |
| | **C/O Thryv Inc.** | | |
| | **2200 W Airfield Drive** | ☐ Contingent | |
| | **PO Box 61810 - DFW Airport** | ☐ Unliquidated | |
| | **Dallas, TX 75261** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **DUO** | ☐ Contingent | |
| | **123 N. Ashley Street** | ☐ Unliquidated | |
| | **Ann Arbor, MI 48104** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __MultiFactor Authentication__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,879.56** |
|---|---|---|---|
| | **Ean Services, LLC** | ☐ Contingent | |
| | **PO Box 402383** | ☐ Unliquidated | |
| | **Atlanta, GA 30384** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |
| --- | --- | --- | --- |

**Edigin Security Services, LLC**
2519 N. Van Buren St
Enid, OK 73703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439.75 |
| --- | --- | --- | --- |

**Emkay, Inc.**
805 West Thorndale Ave
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.15 |
| --- | --- | --- | --- |

**Enterprise FM Trust**
PO Box 800089
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,211.23 |
| --- | --- | --- | --- |

**Enterprise Rent A Car**
600 Corporate Park Drive
Saint Louis, MO 63105

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Car Rental**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.62 |
| --- | --- | --- | --- |

**ESP Receivables Mgmt, Inc.**
PO Box 1547
Mandeville, LA 70470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.75 |
| --- | --- | --- | --- |

**Federal Express**
PO Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**First Insurance Funding**
450 Skokie Boulevard, Suite 1000
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance Premium Financing**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**FormStack**
**11671 Lantern Road #300**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Corporate Form Solution__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Frontier**
**3 High Ridge Park**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Internet Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660,645.92**

**Garden State Fire and Security Alarm Co.**
**642 Park Ave**
**Brielle, NJ 08730**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00**

**Gary A. Moyse**
**829 Grant Street**
**Franklin, PA 16323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GoDaddy**
**14455 N. Hayden Road, Suite 226**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Domains, DNS Services and SSL Certs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GoverLan**
**2655 S. Le Jeune Road, #1001**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Remote Support Software__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,124.20**

**Group Evergreen**
**ATTN:  Fred Brobeck**
**101 Frederick Dr**
**Aliquippa, PA 15001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Monetary Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$488.89**

**Haas Printing**
**1000 Hummel Ave**
**Lemoyne, PA 17043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/10/20__

Basis for the claim:  **Printing Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HappyFox**
**47 Discovery**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Support Software**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.00**

**Incorp Services, Inc.**
**3773 Howard Hughes Pkwy, Ste 5005**
**Las Vegas, NV 89169-6014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Registered Agent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00**

**Indeed.com**
**177 Broad Street**
**6th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Intuit QuickBooks**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **QuickBooks Accounting Software**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Intulse**
**29 S. Market Street, Suite 5**
**Elizabethtown, PA 17022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Phone Service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,585.67**

**Jeffrey and Deborah Brandon**
**3421 Blue Ridge Drive**
**West Paducah, KY 42086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Holdback Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address
Jonathan M. Jaffe
2154 Cedarview Drive
Beachwood, OH 44122

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,634.30**

---

**3.60** | Nonpriority creditor's name and mailing address
Jones Dealerships
1335 Manheim Pike
Lancaster, PA 17604

Date(s) debt was incurred  06/13/2020
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,647.75**

---

**3.61** | Nonpriority creditor's name and mailing address
Judy's Locksmiths, Inc.
634 Grant St.
Charleston, WV 25302

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,184.24**

---

**3.62** | Nonpriority creditor's name and mailing address
Leaf Commercial Capital, Inc.
PO Box 5066
Hartford, CT 06102

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printer Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$115.64**

---

**3.63** | Nonpriority creditor's name and mailing address
Les Freeman
1642 Rogers Road
Newark, TX 76071

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,983.16**

---

**3.64** | Nonpriority creditor's name and mailing address
LINKBANK
Attn:  Jessica Gehman, Esq
2010 Fruitville Pike
Lancaster, PA 17601

Date(s) debt was incurred __
Last 4 digits of account number  7005

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Paycheck Protection Program Loan (subject to offset by PPP Escrow Account)**

Is the claim subject to offset? ☐ No  ■ Yes

**$3,402,518.69**

---

**3.65** | Nonpriority creditor's name and mailing address
LINKBANK
3595 Canton Road #312
Marietta, GA 30066

Date(s) debt was incurred __
Last 4 digits of account number  0163

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,044.96**

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liquid Web**
**2703 Ena Drive**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WebSite Hosting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LogMeIn**
**320 Summer Street**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Remote Support Software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mellaconic IP, LLC**
**6009 West Parker Rd, Ste 149-1027**
**Plano, TX 75093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$547,501.80** |
|---|---|---|---|

**MGM Security Services, Inc.**
**c/o DFW Security**
**2533 E Loop 820 N.**
**Fort Worth, TX 76118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office 365**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$279.93** |
|---|---|---|---|

**Miller Truck Leasing**
**1824 Route 38**
**Lumberton, NJ 08048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property Tax Payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$332.00** |
|---|---|---|---|

**N Medina County Chamber Alliance**
**2947 Interstate Pkwy**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.66**

**NC Dept of Revenue**
**PO Box 25000**
**Raleigh, NC 27640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tax Late Fees and Penalties__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.83**

**NC Dept of Revenue**
**PO Box 25000**
**Raleigh, NC 27640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Taxes Late Fees and Penalties__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,164.39**

**Neopost - Quadient - NE Ohio**
**PO Box 123682**
**Dept 3682**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Network Solutions**
**5335 Gate Parkway**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Domains, DNS Services and SSL Certs__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$216.18**

**New Mexico Gas Co.**
**PO Box 27885**
**Albuquerque, NM 87125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.50**

**NFPA**
**1 Batterymarch Park**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,488.41**

**Nortek Security and Control**
**1950 Camino Vida Roble, Suite 150**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Northern Illinois Telecom, Inc.**
**Nitel - Collectors**
**3204 Owl Dr.**
**Rolling Meadows, IL 60008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Threatened Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

**Office Furn Warehouse of Pgh**
**100 Graham Street**
**McKees Rocks, PA 15316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ohio Department of Taxation**
**4485 Nortland Ridge Blvd.**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Outstanding Tax Liability**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Podium**
**1650 W. Digital Drive**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Interaction Management Software**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prestige Holdings, LLC**
**34 High Street**
**Morgantown, WV 26505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,951.25 |
|---|---|---|---|

**Principal Life Insurance**
**711 High St.**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Professional Security Solutions**
**1454 Holly Pike**
**Carlisle, PA 17015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | **Kourt Security Partners, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,242.28**

**Prudential**
PO Box 856138
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Quadient Leasing USA, Inc. Mail Finance**
PO Box 123682, Dept. 3682
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Postage Meter and Letter Opener**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Quadient, Inc. - Neopost**
PO Box 123689, Dept. 3689
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,518.09**

**Quality Metal Works, Inc.**
385 Anchor Road
Elizabethtown, PA 17022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,000.00**

**Quantum Dynamix, LLC**
480 New Holland Ave
Lancaster, PA 17602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,765.25**

**Security Partners, LLC**
240 North Plum Street
Lancaster, PA 17602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SecurityTrax**
8281 Greensboro Drive
McLean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SmartHome CRM**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94** Nonpriority creditor's name and mailing address

**Sedgwick Claims Management**
**7795 Walton Pkwy**
**New Albany, OH 43054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

**3.95** Nonpriority creditor's name and mailing address

**SendGrid**
**1801 California Street, #500**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SMTP Relay**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.96** Nonpriority creditor's name and mailing address

**Silvertrac**
**10621 Southern Highlands Pwy, Ste. 1**
**Las Vegas, NV 89141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.97** Nonpriority creditor's name and mailing address

**Smartsheet**
**10500 NE 8th Street, #2000**
**Bellevue, WA 98004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project Management Software**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98** Nonpriority creditor's name and mailing address

**Spectrum**
**60 Columbus Circle**
**New York, NY 10023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Service**

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.29**

---

**3.99** Nonpriority creditor's name and mailing address

**State of West Virginia**
**PO Box 2745**
**Charleston, WV 25330**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Penalties and Interest**

Is the claim subject to offset? ■ No ☐ Yes

**$15.90**

---

**3.100** Nonpriority creditor's name and mailing address

**Stewart Business Systems**
**3088 East Prospect Road**
**York, PA 17403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Printer Lease**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Kourt Security Partners, LLC**
_____
Name

Case number (if known) _____

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,788.39 |

**Team Office Technologies**
**Vision 118 Inc.**
**118 N. Canfield Niles Road**
**Youngstown, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.70 |

**TIAA Bank**
**PO Box 911608**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Plotter Lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Topp Business Solutions**
**1110 Saginaw Street**
**Scranton, PA 18505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Printer Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |

**TrackForce Acquireco Inc.**
**3636 Nobel Drive, #275**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Software as a Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,773.69 |

**Tri-Ed/Northern Video Dist.**
**135 Crossways Park Dr., Suite 101**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |

**Trustpilot Inc.**
**245 Fifth Ave., 5th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,996.58 |

**Unifirst Corporation**
**68 Jonspin Rd.**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Kourt Security Partners, LLC**                                    Case number (if known)
       Name

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,901.30** |
|---|---|---|---|
| | **United Parcel Service**<br>**PO Box 650116**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$437.00** |
|---|---|---|---|
| | **Univest Capital, Inc.**<br>**3331 St ate Road, Suite 325**<br>**Bensalem, PA 19020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,451.30** |
|---|---|---|---|
| | **Uplink Security, LLC**<br>**400 Interstate N Pkwy, Ste 900**<br>**Atlanta, GA 30339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Veeam**<br>**415 N. Prince St, Ste 200**<br>**Lancaster, PA 17603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Enterprise Backup Solution** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Verizon**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Telecom Service** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.35** |
|---|---|---|---|
| | **Virginia Department of Taxation**<br>**PO Box 1777**<br>**Richmond, VA 23218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Taxes Late Fees and Penalties** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Webmerge**<br>**409 18th Place**<br>**Manhattan Beach, CA 90266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Integration Software** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$399.70** |
|---|---|---|---|

**WeSuite, LLC**
**155 Lafayette Avenue**
**White Plains, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,247.58** |
|---|---|---|---|

**Wholesale Electric Supply**
**2309 Scottsville Rd**
**Bowling Green, KY 42104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wilson Office Solutions**
**1625 Kentucky Avenue**
**Paducah, KY 42003-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Printer Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WindStream**
**4001 Rodney Parham Road**
**Little Rock, AR 72212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telecom Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$176,773.69** |
|---|---|---|---|

**Wolff Bros. Supply, Inc.**
**6078 Wolff Road**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,027.98** |
|---|---|---|---|

**Worldwide Media Direct**
**223 Schilling Cir.**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.24** |
|---|---|---|---|

**Wyless Inc.**
**Dept CH 17817**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zapier**
**548 Market Street #62411**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Application Integration 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$469,105.65** |
|---|---|---|---|

**Zata Corporation**
**PO Box 359**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Monetary Judgment 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zoom**
**55 Almaden Blvd, Suite 400**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Video Meetings and Collaboration 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles E. Hurt, Esq.**<br>**The Law Offices of Charles E. Hurt**<br>**1671 Woodvale Dr**<br>**Charleston, WV 25314** | Line  **3.61** <br><br>☐ Not listed. Explain _____ | __ |
| 4.2 | **Comcast  Cable Law Department**<br>**One Comcast Center, 50th Floor**<br>**1701 JFK Blvd.**<br>**Philadelphia, PA 19103** | Line  **3.27** <br><br>☐ Not listed. Explain _____ | __ |
| 4.3 | **Deron B. Knoner**<br>**Keleher & McLeod, P.A.**<br>**PO Box AA**<br>**Albuquerque, NM 87103** | Line  **3.8** <br><br>☐ Not listed. Explain _____ | __ |
| 4.4 | **First Insurance Funding**<br>**PO Box 7000**<br>**Carol Stream, IL 60197** | Line  **3.44** <br><br>☐ Not listed. Explain _____ | __ |
| 4.5 | **Frank H. Steere II**<br>**Boich Law Offices, LLC**<br>**6245 Emerald Pkwy Suite B**<br>**Dublin, OH 43016** | Line  **3.82** <br><br>☐ Not listed. Explain _____ | __ |
| 4.6 | **Frank H. Steere II**<br>**Boich Law Offices, LLC**<br>**6245 Emerald Pkwy Suite B**<br>**Dublin, OH 43016** | Line  **2.1** <br><br>☐ Not listed. Explain _____ | __ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | | | |
|---|---|---|---|
| 4.7 | **Fred Brobeck**<br>**101 Frederick Drive**<br>**Aliquippa, PA 15001** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **George Steinberg**<br>**The Leviton Law Firm**<br>**One Pierce Place, Suite 725W**<br>**Itasca, IL 60143** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Mark Follis**<br>**3105 Merrimac Court**<br>**Southlake, TX 76092** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Marty J. Marlow**<br>**c/o DFW Security**<br>**2533 E Loop 820 N.**<br>**Fort Worth, TX 76118** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Mazanec, Raskin & Ryder Co. L.P.A.**<br>**34305 Solon Road**<br>**Solon, OH 44139** | Line **3.123**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **McNees Wallace & Nurick LLC**<br>**100 Pine Street**<br>**Harrisburg, PA 17101** | Line **3.123**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Michael J. Revness, Esq**<br>**Kurtz & Revness, P.C**<br>**Swedesford Park, Building Three**<br>**1265 Drummers Lane, Suite 120**<br>**Wayne, PA 19087** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **The Law Offices of Marc P. Katz**<br>**8910 Purdue Road, Suite 210**<br>**Indianapolis, IN 46268** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Timothy P. Palmer**<br>**Buchanan Ingersoll and Rooney**<br>**One Oxford Center**<br>**301 Grant Street 20th floor**<br>**Pittsburgh, PA 15219** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Unifirst Corporation**<br>**813 Massman Dr**<br>**Nashville, TN 37210** | Line **3.107**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Unifirst Corporation**<br>**1072 Hanover St**<br>**Wilkes Barre, PA 18706** | Line **3.107**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Unifirst Corporation**<br>**1450 E Granger Rd**<br>**Independence, OH 44131** | Line **3.107**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Kourt Security Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **Unifirst Corporation**<br>**3 Progress Way**<br>**Clarksburg, WV 26301** | Line  **3.107**<br><br>☐ Not listed. Explain ____ | __ |
| 4.20 | **Unifirst Corporation**<br>**2900 Blakenbaker Pkwy**<br>**Louisville, KY 40299** | Line  **3.107**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 806,386.71 |
| **5b. Total claims from Part 2** | 5b. + | $ 10,992,194.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,798,580.85 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kourt Security Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Automation Software Lease**<br>**Lease Term: 7/1/12 - 7/1/21** | |
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **Act-On**<br>**8405 SW Nimbus Ave, Suite E**<br>**Beaverton, OR 97008** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address:  2525 Perimeter Place Drive, Suite 112, Nashville, TN 37214**<br>**Lease Term:  7/1/20 - 6/30/23**<br>**Attn: Jennifer Koss** | |
| | State the term remaining | **26 months** | **AF Greenbriar TN, LLC**<br>**AK Leasehold I, LLC**<br>**PO Box 936419**<br>**Atlanta, GA 31193** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address:  87 Main Street, Suite 100, First Floor, Matawan, NJ 07747**<br>**Lease Term:  11/1/19 - 10/31/22**<br>**Attn: Jaspreet Grill** | |
| | State the term remaining | **18 months** | **AGASAH, LLC**<br>**3 Mountain Laurel Road**<br>**Morganville, NJ 07751** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Kourt Security Partners, LLC**                                    Case number *(if known)* _____
    First Name        Middle Name       Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address: 410 Rouser Road, STE 102, Coraopolis, PA 15108**<br>**Lease Term: 3/15/2019 - 3/15/2022**<br>**Attn: Justin Weaver** | |
|---|---|---|---|
| | State the term remaining | **10.5 months** | |
| | List the contract number of any government contract | | **Airport Office Park 1, 2 and 3 LP**<br>**200 Marshall Drive**<br>**Coraopolis, PA 15108** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address: 1650 Shelby Oaks Dr., Ste 22, Memphis, TN**<br>**Lease Term: 1/17/18 - 1/17/23**<br>**Attn: Ronald A. Belz** | |
|---|---|---|---|
| | State the term remaining | **20.5 months** | |
| | List the contract number of any government contract | | **BICO Associates GP**<br>**1650 Shelby Oaks Dr., Ste 22**<br>**Memphis, TN 38134** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address: 701 Dishman Lane, Suite 1, Bowling Green, KY 42104**<br>**Lease Term: 5/1/17 - 4/30/22**<br>**Attn: Nathan Pinnegar** | |
|---|---|---|---|
| | State the term remaining | **12 months** | |
| | List the contract number of any government contract | | **Choate Enterprises, LLC**<br>**1649 Scottsville Road**<br>**Bowling Green, KY 42104** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Printer Equipment**<br>**Account Numbers: 25534303 and 25542278**<br>**Lease Term: 1/5/19 - 12/5/21** | |
|---|---|---|---|
| | State the term remaining | **8 months** | |
| | List the contract number of any government contract | | **De Lage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** |

Debtor 1   **Kourt Security Partners, LLC**
First Name          Middle Name          Last Name                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address:  1236 Old Bloomfield Pike, Bardstown, KY 40004**<br>**Lease Term:  8/1/2019 - 8/31/2024**<br>**Attn:  Darrell Hawkins** | |
|---|---|---|---|
| | State the term remaining | **40 months** | |
| | List the contract number of any government contract | | **Finn-Davis, LLC**<br>**105 North First Street**<br>**Bardstown, KY 40004** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Equipment Lease**<br>**Account Number: 717-197-7002-090319-3**<br>**Lease Term:  8/27/19 - 8/27/21** | |
|---|---|---|---|
| | State the term remaining | **4 months** | |
| | List the contract number of any government contract | | **Frontier Communications**<br>**PO Box 1003**<br>**Everett, WA 98201** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address:  2715 Olivet Church Road Ste 2 Paducah, KY 42001**<br>**Lease Term:  8/01/18 - 7/31/21**<br>**Attn: Sue Homra** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **KHI Properties**<br>**2715 Olivet Church Road Ste 2**<br>**Paducah, KY 42001** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease**<br>**Site Address:  2081 Hutton Drive, Carrollton, TX 75006**<br>**Lease Term:  8/1/18 - 7/31/21**<br>**Attn:  Nick Payne** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **PS Business Parks, L.P.**<br>**PO Box 200697-01**<br>**Dallas, TX 75320** |

Debtor 1  **Kourt Security Partners, LLC**                    Case number *(if known)*
          First Name    Middle Name    Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Office Lease**
**Site Address:  1661A Old Philadelphia Pike, Lancaster PA 17602**
**Lease Term:  6/1/2020 - 7/31/2023**
**Attn: Michael Grove**

State the term remaining     **27 months**

List the contract number of any government contract

**Rolleston Corp**
**510 N 3rd St.**
**Harrisburg, PA 17101**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Office Lease**
**Site Address:  3440 St. Vardell Lane, Suite H, Charlotte, NC 28217**
**Lease Term:  12/1/2019 - 11/30/2022**
**Attn:  Bill Wood**

State the term remaining     **19 months**

List the contract number of any government contract

**Stockbridge 77 Corporate Park, LLC**
**C/O Trinity Partners Mangement**
**440 South Church Street, Suite 800**
**Charlotte, NC 28202**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

**Corporate Plotter Lease**
**Account Number: 20416741**
**Lease Term:  1/4/20 - 1/4/23**

State the term remaining     **21 months**

List the contract number of any government contract

**TIAA Bank**
**PO Box 911608**
**Denver, CO 80291**

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Payroll Services - AR # SEL1002 - Effective Date: February 12, 2021**

State the term remaining     **1 month**

List the contract number of any government contract

**UKG Inc.**
**2000 Ultimate Way**
**Fort Lauderdale, FL 33326**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Enterprise Backup Solution Lease**
**Lease Term:  5/22/20 - 5/22/23**

State the term remaining     **25 months**

List the contract number of any government contract

**Veeam**
**415 North Prince Street**
**Suite 200**
**Lancaster, PA 17603**

---

| Debtor 1 | **Kourt Security Partners, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease** **Site Address:  6670 West Snowville Road, Suite 3, Brecksville, OH 44141** **Lease Term:  10/1/18 - 9/30/21** **Attn:  Keith Chelm** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **WI-FI Brecksville, LLC-Chelm Properties** **31000 Aurora Road** **Solon, OH 44139** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Kourt Security Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Kourt Holding, LLC** | **C/O TRG Associates Inc.** <br> **PO Box 1166** <br> **40-1 River Street** <br> **Old Saybrook, CT 06475** | **Goldman Sachs Specialty Lending Group LP** | ■ D  ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Kourt Security Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$34,723,543.26** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$39,708,157.55** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Sale of Assets** | **$169,992.51** |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Collection Agency Receipts** | **$10,480.21** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Kourt Security Partners, LLC** _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Emkay, Inc.**<br>**PO Box 13520**<br>**Newark, NJ 07188** | 2/1/2021;<br>2/12/2021;<br>3/12/2021;<br>4/13/2021 | **$134,355.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **United States Treasury**<br>**Department Of Treasury**<br>**Cincinnati, OH 45999** | 4/26/2021;<br>4/1/2021;<br>3/31/2021;<br>3/26/2021;<br>3/17/2021;<br>3/15/2021 | **$423,023.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **IRS Payroll Tax** |
| 3.3. | **Netcare1 Systems LLC**<br>**1966 Sterling Place**<br>**Lancaster, PA 17601** | 2/5/2021;<br>2/12/2021;<br>3/5/2021;<br>3/18/2021;<br>3/26/2021 | **$20,640.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Keystone Security Consultants, LLC**<br>**4190 Marlborough Rd.**<br>**Dover, PA 17315** | 2/5/2021;<br>3/5/2021;<br>3/23/2021 | **$12,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Blakinger Thomas Law Firm**<br>**28 Penn Square**<br>**Lancaster, PA 17603** | 3/23/2021;<br>3/23/2021;<br>3/24/2021 | **$43,354.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Miller Truck Leasing**<br>**1824 Route 38**<br>**Lumberton, NJ 08048** | 2/23/2021;<br>3/22/2021;<br>4/7/2021 | **$154,855.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Patrick M. Egan**<br>**12 Abbeyville Road**<br>**Lancaster, PA 17603** | 3/23/2021;<br>3/23/2021;<br>3/23/2021 | **$68,333.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Kourt Security Partners, LLC**   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Perrenial Software, Inc.**<br>8401 Chagrin Rd.<br>Suite 15-B<br>Chagrin Falls, OH 44023 | 3/9/2021;<br>3/16/2021;<br>3/23/2021;<br>3/24/2021 | $28,010.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Securecom Wireless**<br>PO Box 872229<br>Kansas City, MO 64187 | 3/12/2021;<br>3/26/2021 | $30,638.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Xit Strategies Consulting, LLC**<br>7410 NW 65th Lane<br>Pompano Beach, FL 33067 | 2/2/2021;<br>2/16/2021;<br>3/16/2021;<br>3/30/2021 | $29,086.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Robert Houck**<br>621 School Lane<br>Mount Joy, PA 17552 | 4/23/2021;<br>4/9/2021;<br>4/16/2021 | $38,572.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **LINKBANK**<br>Attn:  Jessica Gehman<br>2010 Fruitville Pike<br>Lancaster, PA 17601 | 4/5/2021;<br>3/22/2021 | $29,657.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card Payment** |
| 3.13. **Horst Insurance**<br>320 Granite Run Drive<br>PO Box 3320<br>Lancaster, PA 17604 | 3/18/2021;<br>4/1/2021;<br>5/14/2021 | $18,215.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance Premiums** |
| 3.14. **CIBC Bank USA**<br>120 S. LaSalle Street<br>Chicago, IL 60603 | 3/31/2021;<br>4/20/2021;<br>5/18/2021;<br>5/28/2021 | $23,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Bank Fees** |
| 3.15. **Tag Resources**<br>6501 Dean Hill Drive<br>Knoxville, TN 37919 | 3/31/2021;<br>5/11/2021 | $11,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **Highmark Inc.** PO Box 223680 Pittsburgh, PA 15251 | 3/31/2021; 3/17/2021; 2/23/2021; 2/22/2021; 2/16/2021; 2/2/2021 | $34,808.34 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.17. **Goldman Sachs Specialty Lending Group LP** 2001 Ross Avenue Dallas, TX 75201 | **Various** | **Unknown** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Assignment of Various Contracts Post-Closing** |
| 3.18. **Goldman Sachs Specialty Lending Group LP** 2001 Ross Avenue Dallas, TX 75201 | **5/28/2021** | **$923,877.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Remit of Funds from Wind-Down Advance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **Kourt Security Partners, LLC**                                                     Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Alex Nitterhouse**<br>**1743 New Holland Pike**<br>**Lancaster, PA 17601**<br>**Son-in-law to Patrick M. Egan** | **5/22/20;**<br>**5/31/20;**<br>**6/1/20;**<br>**6/5/20;**<br>**6/19/20;**<br>**6/30/20;**<br>**7/1/20;**<br>**7/3/20;**<br>**7/17/20;**<br>**7/31/20;**<br>**7/31/20;**<br>**8/1/20;**<br>**8/14/20;**<br>**8/28/20;**<br>**8/31/20;**<br>**9/1/20;**<br>**9/11/20;**<br>**9/25/20;**<br>**9/30/20;**<br>**10/1/20;**<br>**10/9/20;**<br>**10/23/20;**<br>**10/30/20;**<br>**10/31/20;**<br>**11/1/20;**<br>**11/6/20;**<br>**11/20/20;**<br>**11/31/20;**<br>**12/1/20;**<br>**12/4/20;**<br>**12/4/20;**<br>**12/18/20;12/3**<br>**1/20;**<br>**12/31/20;**<br>**12/31/20;**<br>**1/15/21;**<br>**1/29/21;**<br>**2/12/21;**<br>**2/26/21;**<br>**2/26/21** | **$126,880.32** | **Wages and expenses** |

Debtor    **Kourt Security Partners, LLC**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Patrick M. Egan**<br>**12 Abbeyville Road**<br>**Lancaster, PA 17603**<br>**Former sole manager** | **5/20/20;**<br>**5/23/20;**<br>**5/29/20;**<br>**6/4/20;**<br>**6/11/20;**<br>**6/19/20;**<br>**6/21/20;**<br>**6/21/20;**<br>**6/26/20;**<br>**6/26/20;**<br>**6/26/20;**<br>**6/30/20;**<br>**7/7/20;**<br>**7/15/20;**<br>**7/23/20;**<br>**7/29/20;**<br>**8/5/20;**<br>**8/12/20;**<br>**8/19/20;**<br>**8/26/20;**<br>**9/2/20;**<br>**9/9/20;**<br>**9/15/20;**<br>**9/18/20;**<br>**9/18/20;**<br>**9/23/20;**<br>**10/1/20;**<br>**10/7/20;**<br>**10/15/20;**<br>**10/23/20;**<br>**11/3/20;**<br>**11/6/20;**<br>**11/10/20;**<br>**11/17/20;**<br>**11/24/20;**<br>**12/3/20;**<br>**12/9/20;**<br>**12/23/20;**<br>**1/5/21;**<br>**1/8/21;**<br>**1/13/21;**<br>**1/21/21;**<br>**1/28/21** | **$258,775.58** | **Owner draw, travel, lodging, meals, and vehicle expenses** |

Debtor __Kourt Security Partners, LLC_____     Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.   **Xit Strategies Consulting, LLC**<br>**7410 NW 65th Ln**<br>**Pompano Beach, FL 33067-3910**<br>**Former Independent Manager** | **5/27/2020;<br>6/9/2020;<br>6/23/2020;<br>7/8/2020;<br>7/21/2020;<br>8/4/2020;<br>8/18/2020;<br>9/1/2020;<br>9/15/2020;<br>9/29/2020;<br>10/13/2020;<br>10/27/2020;<br>11/10/2020;<br>12/9/2020;<br>12/22/2020;<br>1/6/2021;<br>1/19/2021;<br>1/23/2021;<br>2/2/2021;<br>2/16/2021;<br>3/2/2021;<br>3/16/2021;<br>3/30/2021;<br>4/19/2021** | **$141,237.50** | **Independent Manager/Consulting Services Rendered** |
| 4.4.   **Carolyn Slover**<br>**12 Abbeyville Road**<br>**Lancaster, PA 17603**<br>**Sister-in-Law of Patrick M. Egan** | **5/22/2020;<br>6/5/2020;<br>6/19/2020;<br>7/3/2020;<br>7/17/2020;<br>7/31/2020;<br>8/14/2020;<br>8/28/2020;<br>9/11/2020;<br>9/25/2020;<br>10/9/2020;<br>10/23/2020;<br>11/6/2020;<br>11/20/2020;<br>12/4/2020;<br>12/18/2020;<br>12/31/2020;<br>1/15/2021;<br>1/29/2021;<br>2/12/2021;<br>2/26/2021;<br>2/26/2021;<br>3/12/2021;<br>3/26/2021;<br>3/31/2021** | **$28,115.45** | **Wages** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                              Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Egan Family Trust**<br>**PO Box 1707**<br>**Lancaster, PA 17608**<br>**Entity owned by Patrick M. Egan** | **5/20/2020;**<br>**5/29/2020;**<br>**5/31/2020;**<br>**6/1/2020;**<br>**6/5/2020;**<br>**6/19/2020;**<br>**6/21/2020;**<br>**7/1/2020;**<br>**7/10/2020;**<br>**8/5/2020;**<br>**9/1/2020;**<br>**10/2/2020;**<br>**11/2/2020;**<br>**11/13/2020;**<br>**11/20/2020;**<br>**11/23/2020;**<br>**11/30/2020;**<br>**12/2/2020;**<br>**12/23/2020** | **$174,934.25** | **Rent, taxes, utilities, and building maintenance** |
| 4.6. **Security Partners, LLC**<br>**241 N. Plum Street**<br>**PO Box 1706**<br>**Lancaster, PA 17606**<br>**Entity owned by Patrick M. Egan** | **454 payments** | **$1,722,504.18** | **Alarm monitoring services rendered and reconciliation of shared trade services account** |

Debtor    **Kourt Security Partners, LLC**　　　　　　　　　　　Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7.  **Steve Firestone**<br>**103 Tallow Street**<br>**Summerville, SC 29483**<br>**Former President** | **5/22/2020;**<br>**5/31/2020;**<br>**6/1/2020;**<br>**6/5/2020;**<br>**6/19/2020;**<br>**6/30/2020;**<br>**7/1/2020;**<br>**7/3/2020;**<br>**7/17/2020;**<br>**7/31/2020;**<br>**8/1/2020;**<br>**8/14/2020;**<br>**8/28/2020;**<br>**8/31/2020;**<br>**9/1/2020;**<br>**9/11/2020;**<br>**9/25/2020;**<br>**9/30/2020;**<br>**10/1/2020;**<br>**10/9/2020;**<br>**10/9/2020;**<br>**10/23/2020;**<br>**10/31/2020 ;**<br>**11/1/2020;**<br>**11/6/2020;**<br>**11/20/2020;**<br>**12/1/2020;**<br>**12/4/2020;**<br>**12/18/2020;**<br>**12/23/2020;**<br>**12/31/2020;**<br>**1/1/2021;**<br>**1/15/2021;**<br>**1/29/2021;**<br>**2/1/2021;**<br>**2/12/2021;**<br>**2/26/2021;**<br>**3/1/2021;**<br>**3/12/2021;**<br>**3/26/2021;**<br>**3/31/2021;**<br>**4/1/2021** | **$482,208.24** | **Salary, vehicle expenses, and stay bonus** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  __Kourt Security Partners, LLC_____  Case number *(if known)* _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **United Bank, Inc. v. Kourt Security Partners, LLC**<br>**Civil Action 15-C-733** | **Declaratory Judgment Action to determine whether or not two loans obtained by MB Security, LLC are secured by certain assets owned by Kourt Security Partners, LLC. Agreed dismissal order entered on Jan 8, 2021.** | **Monongalia County Circuit Court**<br>**75 High St #12**<br>**Morgantown, WV 26505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Judy's Locksmiths, Inc. and Judith J. Ransom d/b/a/ Judy's Alarmmasters v. Secure US, Inc., Serbian Fonz, LLC, and Kourt Security Partners, LLC**<br>**Civil Action No. 09-C-1619** | **Lawsuit to hold Kourt Security Partners, LLC liable for unpaid debt of $47,184.24 owed by Secure US, Inc. from the purchase of certain contracts by Kourt Security Partners, LLC** | **Kanawha County Circuit Court**<br>**111 Court St**<br>**Charleston, WV 25301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Prestige Holdings, LLC and Claude Ryan, IV v. Kourt Security Partners, LLC**<br>**Civil Action No. 17-C-289** | **Lawsuit to enforce a security agreement which allegedly listed assets of Kourt Security Partners, LLC obtained from Betty Parmer as collateral. Complaint was dismissed with prejudice in November 2018. Remanded by West Virginia Supreme Court of Appeals.  There has been no movement on this case in the trial court since the matter was remanded.** | **Monongalia County Circuit Court**<br>**75 High St #12**<br>**Morgantown, WV 26505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com 　　　　Best Case Bankruptcy

Debtor    __Kourt Security Partners, LLC__          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.   **MGM Security Holdings of Texas, LP; MGM Security Services, Inc. t/a DFW Security, Marty J. Marlow; Mark Follis and Guy M. Page v. Kourt Security Partners, LLC**<br>**Docket DC-19-05046** | **Breach of contract action alleging breach of asset purchase agreement dated March 15, 2018 seeking damages of $547,501.80 and attorney's fees. Trial currently scheduled for July 19, 2021 with an order to conduct mediation prior to trial.** | **Dallas County 68th District Court**<br>**600 Commerce Street**<br>**5th Floor New Tower**<br>**Dallas, TX 75202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.   **Cincinnati Insurance Company v. Kourt Security Partners, LLC**<br>**Case No. CI-19-08736** | **Breach of Contract action alleging that the Company breached its workers comp policy with Plaintiff by failing to pay premiums totaling $50,997.61 plus interest at 6% per annum from April of 2015.  On December 26, 2019, the matter was settled pursuant to a Stipulation for Entry of Judgment in favor of Plaintiffs in the amount of $40,000 to be paid in eight monthly installments of $5,000 through July 15, 2020.** | **Lancaster County Court of Common Pleas**<br>**50 N Duke St**<br>**Lancaster, PA 17608** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                                     Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Carmen Ivy Frontanez and Mary Byrd v. Kourt Security Partners LLC et al.**<br>**Case No. 5:20-cv-5594** | **Employment discrimination action against Kourt Security Partners, LLC and certain officers of Kourt under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Family Medical Leave Act alleging that Defendants wrongfully discharged the Plaintiffs.  Case was dismissed with prejudice on March 19, 2021 pursuant to an agreement of counsel.** | **United States District Court, EDPA**<br>**101 Larry Holmes Drive, 4th Floor**<br>**Easton, PA 18042** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Garden State Fire and Security Alarm Company, Inc. v. Kourt Security Partners, LLC t/a Select Security**<br>**Case No. 5:20-cv-04582** | **Breach of contract action against Kourt Security Partners, LLC for its alleged failure to pay adjusted holdback monies pursuant to an Asset Purchase Agreement between Garden State Fire and Security Alarm Company, Inc. and Kourt Security Partners LLC. An answer was filed on October 15, 2020. This matter has been resolved by a consent order in favor of Plaintiff and against Defendant in the amount of $672,765.32.** | **United States District Court EDPA**<br>**504 W. Hamilton Street, Suite 3401**<br>**Allentown, PA 18101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kourt Security Partners, LLC | | Case number _(if known)_ | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Mellaconic IP, LLC v. Kourt Security Partners LLC d/b/a Select Security<br>Case No. 1:21-cv-00697** | **Patent infringement action filed on March 30, 2021 to enjoin Kourt Security Partners, LLC from profiting from U.S. Patent No. 9,986,435 and to recover damages, attorney's fees, and costs for technology allegedly included in the Select Security app. The case has been assigned to Judge J. Philip Calabrese. No further docket activity has occurred.** | **United States District Court ND OH<br>801 West Superior Avenue Cleveland, OH 44113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Zata Corporation, Lester T. Zatko and Kevin J. Tanko v. Kourt Security Partners, LLC<br>Case No. 4:19-cv-2902** | **Breach of Contract action alleging breach of Asset Purchase Agreement dated April 26, 2018, seeking damages in the amount of $482,584.24 with interest at 5% per annum and attorneys' fees. On February 26, 2020, the parties agreed to enter a consent judgment in favor of Plaintiffs for $469,105.65 plus interest at a rate of 5% per annum from February 14, 2020 until paid in full.** | **United States District Court ND OH<br>125 Market Street Youngstown, OH 44503** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.10. | **CDW LLC v. Kourt Security Partners, LLC<br>Case No. CI-19-07594** | **Default judgment entered on June 14, 2019, in the amount of $6,145.66 plus court costs** | **Lancaster County Court of Common Pleas<br>50 N Duke St<br>Lancaster, PA 17608** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC**                          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **Group Evergreen Inc. v. Kourt Security Partners, LLC**<br>**Case No. CI-19-10492** | Confession of judgment entered on November 15, 2019 in the amount of $17,124.20 plus interest at 12% per annum and court costs | **Lancaster County Court of Common Pleas**<br>**50 N Duke St**<br>**Lancaster, PA 17608** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **Goldman Sachs Specialty Lending Group LP vs. United Bank Inc. and Kourt Security Partners, LLC**<br>**5:20-cv-01482-JLS** | Declaratory judgment action filed by Debtor's senior lender seeking a declaration that its security interest on certain chattel paper owned by Kourt Security Partners, LLC is senior and superior to any security interest or other interest that United Bank has or asserts in the Subject Chattel Paper. | **United States District Court**<br>**E.D. of Pa.**<br>**201 Penn Street, 5th floor**<br>**Reading, PA 19601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | **Multiservice Technology Solutions v. Kourt Security Partners, LLC**<br>**CI-20-03458** | Breach of contract and unjust enrichment action | **Lancaster County Court of Common Pleas**<br>**50 N Duke St.**<br>**Lancaster, PA 17608** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Kourt Security Partners, LLC**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **Ransomware brute force attack resulting in potential loss of all server data** | **Debtor paid a $10,000.00 deductible and insurance covered the remainder of claim needed to restore data.** | **April 12, 2020** | **Unknown** |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Saul Ewing Arnstein & Lehr 1500 Market Street, 38th Floor Philadelphia, PA 19102** | | **4/21/2021; 5/14/2021; 5/21/2021; 5/26/2021; 6/8/2021; 6/14/2021** | **$71,000.00** |
| | Email or website address **http://www.saul.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **TRG Associates PO Box 1076 40-1 River St. Old Saybrook, CT 06475** | | **2/9/2021; 3/2/2021; 4/13/2021; 5/7/2021; 5/25/2021; 6/7/2021; 6/14/2021** | **$48,000.00[3]** |
| | Email or website address **cbrady@trgassociates.com** | *[3]* This figure represents an estimate of amounts paid to TRG Associates that are allocable to TRG Associates' work related to Debtor's bankruptcy, as opposed to routine wind-down operations. | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Getzler Henrich Associates 225 W. Washington Street #22 Chicago, IL 60606** | | **2/24/2021; 3/17/2021; 5/7/2021; 6/7/2021** | **$44,687.50[4]** |
| | Email or website address | *[4]* This figure represents 50% of the amount paid to Getzler Henrich Associates within the last ninety days. This estimate represents amounts allocable to Getlzer Henrich Associates' work related to Debtor's bankruptcy, as opposed to ongoing board responsibilities. | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Kourt Security Partners, LLC** _____    Case number _(if known)_ _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1<br>· | **Goldman Sachs Specialty Lending Group LP**<br>**2001 Ross Avenue**<br>**Dallas, TX 75201**<br><br>**Relationship to debtor**<br>**Senior lienholder** | **Substantially all of Debtor's assets** | **12/23/2020** | **$26,500,000.00** |
| 13.2<br>· | **LINKBANK**<br>**Attn:  Jessica Gehman**<br>**2010 Fruitville Pike**<br>**Lancaster, PA 17601**<br><br>**Relationship to debtor**<br>**Lender, PPP Loan** | **PPP Escrow related to sale transaction** | **12/23/2020** | **$3,402,518.69** |
| 13.3<br>· | **Emkay, Inc**<br>**Po Box 13520**<br>**Newark, NJ 07188**<br><br>**Relationship to debtor**<br>**Auctioneer** | **Auction of 58 fleet vehicles on the following dates:  3/27/2019, 3/27/2019, 3/27/2019, 4/8/2019, 4/8/2019, 4/8/2019, 4/8/2019, 4/8/2019, 4/9/2019, 4/12/2019, 5/6/2019, 5/20/2019, 6/11/2019, 6/24/2019, 8/26/2019, 8/26/2019, 8/26/2019, 9/13/2019, 9/13/2019, 9/13/2019, 9/24/2019, 9/30/2019; 4/1/2021; 5/27/2021** | | **$44,281.37** |
| 13.4<br>· | **Bob Grove**<br>**1314 Heatherwood Drive**<br>**Mount Joy, PA 17552**<br><br>**Relationship to debtor**<br>**Vice President of Operations** | **Company Vehicle Sold** | **1/31/2021** | **$3,500.00** |
| 13.5<br>· | **Brinks Home Security**<br>**1990 Wittington Place**<br>**Dallas, TX 75234**<br><br>**Relationship to debtor**<br>**Ultimate purchaser of substantially all of debtor's assets** | **Sale of Intellectual Property and Furniture; Software License Reim** | **3/19/2021;**<br>**6/02/2021** | **$21,100.00** |

Debtor   **Kourt Security Partners, LLC**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.6. | **Patrick M. Egan** **12 Abbeyville Road** **Lancaster, PA 17603** | **Sale of utility trailer** | **4/6/2021** | **$500.00** |
| | Relationship to debtor **Former sole manager** | | | |
| 13.7. | **Caldwell, Heckles & Egan** **1270 Grofftown Rd** **Lancaster, PA 17602** | **Sale of utility trailer** | **4/6/2021** | **$500.00** |
| | Relationship to debtor **Brother of Patrick M. Egan** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **241 N. Plum Street** **Lancaster, PA 17608** | **2003-2021** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Kourt Security Partners, LLC | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Moove In Self Storage**<br>**220 Centerville Rd**<br>**Unites 2093 and 2300**<br>**Lancaster, PA 17603** | **Robert Houck**<br>**621 School Lane Mount**<br>**Joy PA 17552**<br>**(717) 327-6882** | **Various Business Records** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

Debtor    **Kourt Security Partners, LLC**                                    Case number *(if known)*

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.   **Kourt Receivables, LLC** **1201 N. Market Street, Suite 2300** **Wilmington, DE 19801** | **To engage in any lawful act or activity for which a limited liability company may be formed and to engage in any and all lawful activities necessary or incidental to the foregoing** | **EIN:**   84-5150509 **From-To**   2020 - Present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Robert Houck** **621 School Lane** **Mount Joy, PA 17552** | |
| 26a.2.   **McKonly & Asbury, LLP** **415 Fallowfield Rd** **Camp Hill, PA 17001** | |
| 26a.3.   **Walz Group** **2929 Lititz Pike** **P.O. Box 5555** **Lancaster, PA 17606** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Kourt Security Partners, LLC**                          Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Robert Houck**<br>**621 School Lane**<br>**Mount Joy, PA 17552** | |
| 26c.2. **TRG Associates**<br>**Po Box 1076**<br>**40-1 River St.**<br>**Old Saybrook, CT 06475** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Barnes Associates, Inc.**<br>**42 Chesterfield Lakes Road**<br>**Chesterfield, MO 63005** |
| 26d.2. **McKonly & Asbury, LLP**<br>**415 Fallowfield Rd**<br>**Camp Hill, PA 17011** |
| 26d.3. **Walz Group**<br>**2929 Lititz Pike**<br>**PO Box 5555**<br>**Lancaster, PA 17606** |
| 26d.4. **William C. Braas**<br>**9104 Shore Crest Drive**<br>**Cedar Hill, TX 75104** |
| 26d.5. **Goldman Sachs Specialty Lending Group LP**<br>**2001 Ross Avenue**<br>**Dallas, TX 75201** |
| 26d.6. **Horst Insurance**<br>**320 Granite Run Drive**<br>**PO Box 3320**<br>**Lancaster, PA 17604** |
| 26d.7. **LinkBank**<br>**2010 Fruitville Pike**<br>**Lancaster, PA 17601** |
| 26d.8. **Citizens Loan - Accts**<br>**P.O. Box 42014**<br>**Providence, RI 02940** |
| 26d.9. **Mercer County Bank**<br>**PO Box 38**<br>**Sandy Lake, PA 16145** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor **Kourt Security Partners, LLC**                                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher Brady | TRG Associates<br>Po Box 1076<br>40-1 River St.<br>Old Saybrook, CT 06475 | Interim CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Krakora | Getzler Henrich & Associates, LLC<br>225 W Washington St # 22<br>Chicago, IL 60606 | Independent Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Houck | 621 School Lane<br>Mount Joy, PA 17552 | Controller | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steve Firestone | 103 Tallow Street<br>Summerville, SC 29483 | President | 2012 - 2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Patrick M. Egan | 12 Abbeyville Road<br>Lancaster, PA 17603 | Former CEO and Manager | 2003-2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Kourt Security Partners, LLC**                                                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | 1/24/20;<br>3/30/20;<br>4/7/20;<br>4/10/20;<br>4/15/20;<br>4/20/20;<br>4/24/20;<br>4/29/20;<br>5/5/20;<br>5/11/20;<br>5/13/20;<br>5/20/20;<br>5/23/20;<br>5/29/20;<br>6/4/20;<br>6/11/20;<br>6/19/20;<br>6/21/20;<br>6/21/20;<br>6/26/20;<br>6/26/20;<br>6/26/20;<br>6/30/20;<br>7/7/20;<br>7/15/20;<br>7/23/20;<br>7/29/20;<br>8/5/20;<br>8/12/20;<br>8/19/20;<br>8/26/20;<br>9/2/20; 9/9/20;<br>9/15/20;<br>9/18/20;<br>9/18/20;<br>9/23/20;<br>10/1/20;<br>10/7/20;<br>10/15/20;<br>10/23/20;<br>11/3/20;<br>11/6/20;<br>11/10/20;<br>11/17/20;<br>11/24/20;<br>12/3/20;<br>12/9/20;<br>12/23/20;<br>1/5/21; 1/8/21;<br>1/13/21;<br>1/21/21;<br>1/28/21 | |
| | **Patrick M. Egan**<br>**12 Abbeyville Road**<br>**Lancaster, PA 17603** | **$351,148.45** | | Owner draw, travel, lodging, meals, and vehicle expenses |
| | Relationship to debtor<br>**Former sole manager** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Kourt Security Partners, LLC**                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Jane Egan**<br>**12 Abbeyville Road**<br>**Lancaster, PA 17603** | **$2,012.19** | **8/3/2020;**<br>**5/22/2020;**<br>**5/8/2020** | **Wages and Costco membership** |
| | Relationship to debtor<br>**Spouse of Patrick M. Egan** | | | |
| 30.3. | **Alex Nitterhouse**<br>**1743 New Holland Pike**<br>**Lancaster, PA 17601** | **$149,598.96** | **1/1/20;**<br>**1/31/20;**<br>**2/1/20;**<br>**2/29/20;**<br>**3/1/20;**<br>**3/31/20;**<br>**4/1/20;**<br>**4/30/20;**<br>**5/1/20; 5/8/20;**<br>**5/22/20;**<br>**5/31/20;**<br>**6/1/20; 6/5/20;**<br>**6/19/20;**<br>**6/30/20;**<br>**7/1/20; 7/3/20;**<br>**7/17/20;**<br>**7/31/20;**<br>**7/31/20;**<br>**8/1/20;**<br>**8/14/20;**<br>**8/28/20;**<br>**8/31/20;**<br>**9/1/20;**<br>**9/11/20;**<br>**9/25/20;**<br>**9/30/20;**<br>**10/1/20;**<br>**10/9/20;**<br>**10/23/20;**<br>**10/30/20;**<br>**10/31/20;**<br>**11/1/20;**<br>**11/6/20;**<br>**11/20/20;**<br>**11/31/20;**<br>**12/1/20;**<br>**12/4/20;**<br>**12/4/20;**<br>**12/18/20;12/31**<br>**/20; 12/31/20;**<br>**12/31/20;**<br>**1/15/21;**<br>**1/29/21;**<br>**2/12/21;**<br>**2/26/21;**<br>**2/26/21** | **Wages and expenses** |
| | Relationship to debtor<br>**Son-in-Law to Patrick M. Egan** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **Kourt Security Partners, LLC**                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. | | 5/8/2020; 5/22/2020; 6/5/2020; 6/19/2020; 7/3/2020; 7/17/2020; 7/31/2020; 8/14/2020; 8/28/2020; 9/11/2020; 9/25/2020; 10/9/2020; 10/23/2020; 11/6/2020; 11/20/2020; 12/4/2020; 12/18/2020; 12/31/2020; 1/15/2021; 1/29/2021; 2/12/2021; 2/26/2021; 2/26/2021; 3/12/2021; 3/26/2021; | |
| **Carolyn Slover** **12 Abbeyville Road** **Lancaster, PA 17603** | **$31,935.04** | **3/31/2021** | **Wages** |
| **Relationship to debtor** **Sister-in-Law to Patrick M. Egan** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | **Kourt Security Partners, LLC** | | Case number (if known) | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | | | 5/8/2020; 5/22/2020; 5/31/2020; 6/1/2020; 6/5/2020; 6/19/2020; 6/30/2020; 7/1/2020; 7/3/2020; 7/17/2020; 7/31/2020; 8/1/2020; 8/14/2020; 8/28/2020; 8/31/2020; 9/1/2020; 9/11/2020; 9/25/2020; 9/30/2020; 10/1/2020; 10/9/2020; 10/9/2020; 10/23/2020; 10/31/2020 ; 11/1/2020; 11/6/2020; 11/20/2020; 12/1/2020; 12/4/2020; 12/18/2020; 12/23/2020; 12/31/2020; 1/1/2021; 1/15/2021; 1/29/2021; 2/1/2021; 2/12/2021; 2/26/2021; 3/1/2021; 3/12/2021; 3/26/2021; 3/31/2021; 4/1/2021 | |
| | **Steve Firestone** **103 Tallow Street** **Summerville, SC 29483** | **$508,713.48** | | **Salary, vehicle expenses, country club payment, and stay bonus** |
| | Relationship to debtor **Former President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Kourt Holding, LLC** | EIN: **83-4037132** |
| **Security Partners, LLC** | EIN: **23-2949376** |
| **Patrick M. Egan, Sole Member of Parent Kourt Holding, LLC and Tax Filer** | EIN: |

Debtor    **Kourt Security Partners, LLC**                    Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Tag Resources, Inc.**<br>**6322 Deane Hill Drive, Suite 201, Knoxville, TN 37919**<br>**(865) 670-1844** | **EIN:    62-1874769** |

---

**Part 14:**    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/15/2021___

/s/ Christopher Brady                          **Christopher Brady**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Interim CFO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re  **Kourt Security Partners, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  06/15/2021

/s/ Christopher Brady

**Christopher Brady**/**Interim CFO**
Signer/Title

KOURT SECURITY PARTNERS, LLC
C/O TRG ASSOCIATES, INC.
PO BOX 1166
40-1 RIVER STREET
OLD SAYBROOK, CT 06475

ALBERT N. BARNES JR.
148 QUAIL DR
LA VERGNE, TN 37086

BICO ASSOCIATES GP
1650 SHELBY OAKS DR., STE 22
MEMPHIS, TN 38134

MONIQUE B. DISABATINO
SAUL EWING ARNSTEIN & LEHR LLP
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

AMEBA TECHNOLOGY
30-66 WHITESTONE EXPRESSWAY
FLUSHING, NY 11354

BLUE RIDGE CABLE
PO BOX 316
PALMERTON, PA 18071

ACT-ON
8405 SW NIMBUS AVE, SUITE E
BEAVERTON, OR 97008

ARMED RESPONSE/ADAM TRIOLO
661 GUADALUPE TRAIL, N.W.
ALBUQUERQUE, NM 87107

BLUE STREET CAPITAL, LLC
2120 MAIN STREET, SUITE 160
HUNTINGTON BEACH, CA 92648

ADI
25429 NETWORK PLACE
CHICAGO, IL 60673

ASTUTE FINANCIAL CONSULTING, LLC
2020 CARIBOU DR., STE 101
FORT COLLINS, CO 80525

BOWLING GREEN MUNICIPAL UT
801 CENTER STREET
BOWLING GREEN, KY 42102

ADOBE
345 PARK AVENUE
SAN JOSE, CA 95110

AT&T
208 SOUTH AKARD STREET
DALLAS, TX 75202

BRAINIER SOLUTIONS, INC.
7801 E. BUSH LAKE RD., SUITE 4
MINNEAPOLIS, MN 55439

AF GREENBRIAR TN, LLC
AK LEASEHOLD I, LLC
PO BOX 936419
ATLANTA, GA 31193

ATLANTIC BROADBAND
2 BATTERYMARCH PARK, SUITE 205
QUINCY, MA 02169

BRINKS HOME SECURITY
1990 WITTINGTON PLACE
DALLAS, TX 75234

AGASAH, LLC
3 MOUNTAIN LAUREL ROAD
MORGANVILLE, NJ 07751

ATLANTIC OFFICE SYSTEMS
PO BOX 276
ATLANTIC HIGHLANDS, NJ 07716

CANITAN, LLC
8302 DECKER LANE
AUSTIN, TX 78724

AIRPORT OFFICE PARK 1, 2 AND 3 LP
200 MARSHALL DRIVE
CORAOPOLIS, PA 15108

AVAIL TECHNOLOGY SOLUTIONS
415 NORTH PRINCE STREET, SUITE 200
LANCASTER, PA 17603

CDW, LLC
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

ALARM FORCE
C/O TIMOTHY P. PALMER
BUCHANAN INGERSOLL AND ROONEY
ONE OXFORD CTR 301 GRANT ST, 20TH FL
PITTSBURGH, PA 15219

BALD EAGLE DISTRIBUTORS
20 N. GROVE STREET
LOCK HAVEN, PA 17745

CENTURY LINK
100 CENTURYTEL DRIVE
MONROE, LA 71203

ALARMAX DISTRIBUTORS, INC.
381 MANSFIELD AVE., STE 205
PITTSBURGH, PA 15220

BARDSTOWN CABLE TV
220 N. FIFTH STREET
BARDSTOWN, KY 40004

CHARLES E. HURT, ESQ.
THE LAW OFFICES OF CHARLES
1671 WOODVALE DR
CHARLESTON, WV 25314

CHOATE ENTERPRISES, LLC
1649 SCOTTSVILLE ROAD
BOWLING GREEN, KY 42104

COX BUSINESS
6205-B PEACHTREE DUNWOODY ROAD
ATLANTA, GA 30328

DIGIN SECURITY SERVICES, LL
2519 N. VAN BUREN ST
ENID, OK 73703

CHUBB GROUP OF INSURANCE CO
4999 LOUISE DR. # 203
MECHANICSBURG, PA 17055

DAVID MEURER
4719 SPRING VALE RD. NW
ALBUQUERQUE, NM 87114

EMKAY, INC.
805 WEST THORNDALE AVE
ITASCA, IL 60143

CLICDATA
9393 N. 90TH STREET, SUITE 102
SCOTTSDALE, AZ 85258

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101

ENTERPRISE FM TRUST
PO BOX 800089
KANSAS CITY, MO 64180

CMWLTH OF PA TRANS. WORK ZONE SPEED ENF
PO BOX 13509
PHILADELPHIA, PA 19101

DE LAGE LANDEN FINANCIAL SVCS.
PO BOX 41602
PHILADELPHIA, PA 19101

ENTERPRISE RENT A CAR
600 CORPORATE PARK DRIVE
SAINT LOUIS, MO 63105

CODETWO
WOLNOSCI 16 STREET
JELENIA GORA, POLAND 58-500

DELL FINANCIAL SERVICES
PO BOX 6547
CAROL STREAM, IL 60197

ESP RECEIVABLES MGMT, INC.
PO BOX 1547
MANDEVILLE, LA 70470

COMCAST
ONE COMCAST CENTER
1701 JFK BLVD.
PHILADELPHIA, PA 19103

DELL FINANCIAL SERVICES
ONE DELL WAY
ROUND ROCK, TX 78682

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250

COMCAST   CABLE LAW DEPARTMENT
ONE COMCAST CENTER, 50TH FLOOR
1701 JFK BLVD.
PHILADELPHIA, PA 19103

DERON B. KNONER
KELEHER & MCLEOD, P.A.
PO BOX AA
ALBUQUERQUE, NM 87103

FINN-DAVIS, LLC
105 NORTH FIRST STREET
BARDSTOWN, KY 40004

COMCAST BUSINESS
ONE COMCAST CENTER
PHILADELPHIA, PA 19103

DEX YP
C/O THRYV INC.
2200 W AIRFIELD DRIVE
PO BOX 61810 - DFW AIRPORT
DALLAS, TX 75261

FIRST INSURANCE FUNDING
450 SKOKIE BOULEVARD, SUITE 10
NORTHBROOK, IL 60062

COMCAST FIBER
ONE COMCAST CENTER
PHILADELPHIA, PA 19107

DUO
123 N. ASHLEY STREET
ANN ARBOR, MI 48104

FIRST INSURANCE FUNDING
PO BOX 7000
CAROL STREAM, IL 60197

COOPERATIVE COMMUNICATIONS, INC.
412 WASHINGTON AVENUE
BELLEVILLE, NJ 07109

EAN SERVICES, LLC
PO BOX 402383
ATLANTA, GA 30384

FORMSTACK
11671 LANTERN ROAD #300
FISHERS, IN 46038

FRANK H. STEERE II
BOICH LAW OFFICES, LLC
6245 EMERALD PKWY SUITE B
DUBLIN, OH 43016

GROUP EVERGREEN
ATTN: FRED BROBECK
101 FREDERICK DR
ALIQUIPPA, PA 15001

JUDY'S LOCKSMITHS, INC.
634 GRANT ST.
CHARLESTON, WV 25302

FRED BROBECK
101 FREDERICK DRIVE
ALIQIUPPA, PA 15001

HAAS PRINTING
1000 HUMMEL AVE
LEMOYNE, PA 17043

KHI PROPERTIES
2715 OLIVET CHURCH ROAD STE2
PADUCAH, KY 42001

FRONTIER
3 HIGH RIDGE PARK
STAMFORD, CT 06905

HAPPYFOX
47 DISCOVERY
IRVINE, CA 92618

KOURT HOLDING, LLC
C/O TRG ASSOCIATES INC.
PO BOX 1166
40-1 RIVER STREET
OLD SAYBROOK, CT 06475

FRONTIER COMMUNICATIONS
PO BOX 1003
EVERETT, WA 98201

INCORP SERVICES, INC.
3773 HOWARD HUGHES PKWY, STE 500
LAS VEGAS, NV 89169-6014

LEAF COMMERCIAL CAPITAL, IN
BO BOX 5066
HARTFORD, CT 06102

GARDEN STATE FIRE AND SECURITY ALARM CO.
642 PARK AVE
BRIELLE, NJ 08730

INDEED.COM
177 BROAD STREET
6TH FLOOR
STAMFORD, CT 06901

LES FREEMAN
1642 ROGERS ROAD
NEWARK, TX 76071

GARY A. MOYSE
829 GRANT STREET
FRANKLIN, PA 16323

INTUIT QUICKBOOKS
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043

LINKBANK
ATTN: JESSICA GEHMAN, ESQ
2010 FRUITVILLE PIKE
LANCASTER, PA 17601

GEORGE STEINBERG
THE LEVITON LAW FIRM
ONE PIERCE PLACE, SUITE 725W
ITASCA, IL 60143

INTULSE
29 S. MARKET STREET, SUITE 5
ELIZABETHTOWN, PA 17022

LINKBANK
3595 CANTON ROAD #312
MARIETTA, GA 30066

GODADDY
14455 N. HAYDEN ROAD, SUITE 226
SCOTTSDALE, AZ 85260

JEFFREY AND DEBORAH BRANDON
3421 BLUE RIDGE DRIVE
WEST PADUCAH, KY 42086

LIQUID WEB
2703 ENA DRIVE
LANSING, MI 48917

GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P.
BEN NALE
2001 ROSS AVENUE
DALLAS, TX 75201

JONATHAN M. JAFFE
2154 CEDARVIEW DRIVE
BEACHWOOD, OH 44122

LOGMEIN
320 SUMMER STREET
BOSTON, MA 02210

GOVERLAN
2655 S. LE JEUNE ROAD, #1001
MIAMI, FL 33134

JONES DEALERSHIPS
1335 MANHEIM PIKE
LANCASTER, PA 17604

MARK FOLLIS
3105 MERRIMAC COURT
SOUTHLAKE, TX 76092

MARTY J. MARLOW
C/O DFW SECURITY
2533 E LOOP 820 N.
FORT WORTH, TX 76118

NEOPOST - QUADIENT - NE OHIO
PO BOX 123682
DEPT 3682
DALLAS, TX 75312

PRINCIPAL LIFE INSURANCE
711 HIGH ST.
DES MOINES, IA 50392

MAZANEC, RASKIN & RYDER CO. L.P.A.
34305 SOLON ROAD
SOLON, OH 44139

NETWORK SOLUTIONS
5335 GATE PARKWAY
JACKSONVILLE, FL 32256

PROFESSIONAL SECURITY SOLU
1454 HOLLY PIKE
CARLISLE, PA 17015

MCNEES WALLACE & NURICK LLC
100 PINE STREET
HARRISBURG, PA 17101

NEW MEXICO GAS CO.
PO BOX 27885
ALBUQUERQUE, NM 87125

PRUDENTIAL
PO BOX 856138
LOUISVILLE, KY 40285

MELLACONIC IP, LLC
6009 WEST PARKER RD, STE 149-1027
PLANO, TX 75093

NFPA
1 BATTERYMARCH PARK
QUINCY, MA 02169

PS BUSINESS PARKS, L.P.
PO BOX 200697-01
DALLAS, TX 75320

MGM SECURITY SERVICES, INC.
C/O DFW SECURITY
2533 E LOOP 820 N.
FORT WORTH, TX 76118

NORTEK SECURITY AND CONTROL
1950 CAMINO VIDA ROBLE, SUITE 150
CARLSBAD, CA 92008

QUADIENT LEASING USA, INC. NI
PO BOX 123682, DEPT. 3682
DALLAS, TX 75312

MICHAEL J. REVNESS, ESQ
KURTZ & REVNESS, P.C
SWEDESFORD PARK, BUILDING THREE
1265 DRUMMERS LANE, SUITE 120
WAYNE, PA 19087

NORTHERN ILLINOIS TELECOM, INC.
NITEL - COLLECTORS
3204 OWL DR.
ROLLING MEADOWS, IL 60008

QUADIENT, INC. - NEOPOST
PO BOX 123689, DEPT. 3689
DALLAS, TX 75312

MICROSOFT
ONE MICROSOFT WAY
REDMOND, WA 98052

OFFICE FURN WAREHOUSE OF PGH
100 GRAHAM STREET
MCKEES ROCKS, PA 15316

QUALITY METAL WORKS, INC.
385 ANCHOR ROAD
ELIZABETHTOWN, PA 17022

MILLER TRUCK LEASING
1824 ROUTE 38
LUMBERTON, NJ 08048

OHIO DEPARTMENT OF TAXATION
4485 NORTLAND RIDGE BLVD.
COLUMBUS, OH 43229

QUANTUM DYNAMIX, LLC
480 NEW HOLLAND AVE
LANCASTER, PA 17602

N MEDINA COUNTY CHAMBER ALLIANCE
2947 INTERSTATE PKWY
BRUNSWICK, OH 44212

PODIUM
1650 W. DIGITAL DRIVE
LEHI, UT 84043

RANDALL KLEIN
GOLDBERG KOHN LTD
55 EAST MONROE STREET, SUIT33
CHICAGO, IL 60603

NC DEPT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640

PRESTIGE HOLDINGS, LLC
34 HIGH STREET
MORGANTOWN, WV 26505

ROLLESTON CORP
510 N 3RD ST.
HARRISBURG, PA 17101

SECURITY PARTNERS, LLC
240 NORTH PLUM STREET
LANCASTER, PA 17602

SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 COUNTRY VIEW ROAD, SUITE 300
MALVERN, PA 19355

UNIFIRST CORPORATION
68 JONSPIN RD.
WILMINGTON, MA 01887

SECURITYTRAX
8281 GREENSBORO DRIVE
MCLEAN, VA 22102

TEAM OFFICE TECHNOLOGIES
VISION 118 INC.
118 N. CANFIELD NILES ROAD
YOUNGSTOWN, OH 44515

UNIFIRST CORPORATION
813 MASSMAN DR
NASHVILLE, TN 37210

SEDGWICK CLAIMS MANAGEMENT
7795 WALTON PKWY
NEW ALBANY, OH 43054

THE LAW OFFICES OF MARC P. KATZ
8910 PURDUE ROAD, SUITE 210
INDIANAPOLIS, IN 46268

UNIFIRST CORPORATION
2900 BLAKENBAKER PKWY
LOUISVILLE, KY 40299

SENDGRID
1801 CALIFORNIA STREET, #500
MANHATTAN BEACH, CA 90266

TIAA BANK
PO BOX 911608
DENVER, CO 80291

UNIFIRST CORPORATION
3 PROGRESS WAY
CLARKSBURG, WV 26301

SILVERTRAC
10621 SOUTHERN HIGHLANDS PWY, STE
LAS VEGAS, NV 89141

TIMOTHY P. PALMER
BUCHANAN INGERSOLL AND ROONEY
ONE OXFORD CENTER
301 GRANT STREET 20TH FLOOR
PITTSBURGH, PA 15219

UNIFIRST CORPORATION
1450 E GRANGER RD
INDEPENDENCE, OH 44131

SMARTSHEET
10500 NE 8TH STREET, #2000
BELLEVUE, WA 98004

TOPP BUSINESS SOLUTIONS
1110 SAGINAW STREET
SCRANTON, PA 18505

UNIFIRST CORPORATION
1072 HANOVER ST
WILKES BARRE, PA 18706

SPECTRUM
60 COLUMBUS CIRCLE
NEW YORK, NY 10023

TRACKFORCE ACQUIRECO INC.
3636 NOBEL DRIVE, #275
SAN DIEGO, CA 92122

UNITED PARCEL SERVICE
PO BOX 650116
DALLAS, TX 75265

STATE OF WEST VIRGINIA
PO BOX 2745
CHARLESTON, WV 25330

TRI-ED/NORTHERN VIDEO DIST.
135 CROSSWAYS PARK DR., SUITE 101
WOODBURY, NY 11797

UNIVEST CAPITAL, INC.
3331 ST ATE ROAD, SUITE 325
BENSALEM, PA 19020

STEWART BUSINESS SYSTEMS
3088 EAST PROSPECT ROAD
YORK, PA 17403

TRUSTPILOT INC.
245 FITH AVE., 5TH FLOOR
NEW YORK, NY 10016

UPLINK SECURITY, LLC
400 INTERSTATE N PKWY, STE 9
ATLANTA, GA 30339

STOCKBRIDGE 77 CORPORATE PARK, LLC
C/O TRINITY PARTNERS MANGEMENT
440 SOUTH CHURCH STREET, SUITE 800
CHARLOTTE, NC 28202

UKG INC.
2000 ULTIMATE WAY
FORT LAUDERDALE, FL 33326

VEEAM
415 N. PRINCE ST, STE 200
LANCASTER, PA 17603

VEEAM
415 NORTH PRINCE STREET
SUITE 200
LANCASTER, PA 17603

WORLDWIDE MEDIA DIRECT
223 SCHILLING CIR.
HUNT VALLEY, MD 21031

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WYLESS INC.
DEPT CH 17817
PALATINE, IL 60055

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND, VA 23218

ZAPIER
548 MARKET STREET #62411
SAN FRANCISCO, CA 94104

WEBMERGE
409 18TH PLACE
MANHATTAN BEACH, CA 90266

ZATA CORPORATION
PO BOX 359
CHAGRIN FALLS, OH 44022

WESUITE, LLC
155 LAFAYETTE AVENUE
WHITE PLAINS, NY 10603

ZOOM
55 ALMADEN BLVD, SUITE 400
SAN JOSE, CA 95113

WHOLESALE ELECTRIC SUPPLY
2309 SCOTTSVILLE RD
BOWLING GREEN, KY 42104

WI-FI BRECKSVILLE, LLC-CHELM PROPERTIES
31000 AURORA ROAD
SOLON, OH 44139

WILSON OFFICE SOLUTIONS
1625 KENTUCKY AVENUE
PADUCAH, KY 42003-3000

WINDSTREAM
4001 RODNEY PARHAM ROAD
LITTLE ROCK, AR 72212

WOLFF BROS. SUPPLY, INC.
6078 WOLFF ROAD
MEDINA, OH 44256

# United States Bankruptcy Court
## District of Delaware

In re   **Kourt Security Partners, LLC**

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kourt Security Partners, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kourt Holding, LLC
C/O TRG Associates
PO Box 1166
40-1 River Street
Old Saybrook, CT 06475**

☐ None [*Check if applicable*]

06/15/2021

Date

/s/ Monique B. DiSabatino

**Monique B. DiSabatino**

Signature of Attorney or Litigant

Counsel for    **Kourt Security Partners, LLC**

**Saul Ewing Arnstein & Lehr LLP
1201 North Market Street
Wilmington, DE 19801
302-421-6806 Fax:302-421-6813
monique.disabatino@saul.com**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kourt Security Partners, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Creditor Matrix and Rule 7007.1 Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | 06/15/2021 | X  /s/ Christopher Brady |
| | | Signature of individual signing on behalf of debtor |
| | | **Christopher Brady** |
| | | Printed name |
| | | **Interim CFO** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy